1

2

3

4

5

6

7

8

9

UNITED  STATES  DISTRICT  COURT

EASTERN  DISTRICT  OF  CALIFORNIA

10  MICHAEL WAYNE ARY,                    )  1:06-CV-00259-AWI-SMS
                                         )
11              Plaintiff,               )  ORDER DIRECTING PLAINTIFF TO PAY
                                         )  THE $250.00 FILING FEE OR FILE A
12        v.                             )  COMPLETED IN FORMA PAUPERIS
                                         )  APPLICATION WITH CERTIFICATE AND
13                                       )  TRUST ACCOUNT STATEMENT WITHIN
    SUPERIOR COURT FOR THE COUNTY )  THIRTY DAYS
14  OF KERN, et al.,                     )
                                         )  ORDER DIRECTING THE CLERK TO SEND
15              Defendants.              )  TO PLAINTIFF A BLANK IN FORMA
                                         )  PAUPERIS APPLICATION
16  _____)

17

18      Plaintiff is proceeding pro se and without counsel with an

19  action for damages and other relief concerning alleged civil

    rights violations. The matter has been referred to the Magistrate
20
    Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and
21
    72-304.
22
        The complaint was filed on March 8, 2006, but Plaintiff has
23
    neither paid the $250.00 filing fee nor submitted an application
24
    to proceed in forma pauperis.
25
        Accordingly, IT IS ORDERED that
26
        1. Plaintiff IS DIRECTED either to pay the $250.00 filing
27
    fee OR TO FILE a completed application to proceed in forma
28

1

pauperis no later than thirty days after the date of service of this order; and

    2. The Clerk of Court IS DIRECTED to send to Plaintiff with this order a copy of a blank application to proceed in forma pauperis for a person in custody; and

    3. Plaintiff is informed that a failure to comply in a timely fashion with the Court's directions will be considered to be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:**   **March 14, 2006**            **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE