UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE ARY, | 1:06-CV-00259-AWI-SMS |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PAY THE $250.00 FILING FEE OR FILE A COMPLETED IN FORMA PAUPERIS APPLICATION WITH CERTIFICATE AND TRUST ACCOUNT STATEMENT WITHIN THIRTY DAYS |
| v. | |
| SUPERIOR COURT FOR THE COUNTY OF KERN, et al., | |
| Defendants. | ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION |

Plaintiff is proceeding pro se and without counsel with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

The complaint was filed on March 8, 2006, but Plaintiff has neither paid the $250.00 filing fee nor submitted an application to proceed in forma pauperis.

Accordingly, IT IS ORDERED that

1. Plaintiff IS DIRECTED either to pay the $250.00 filing fee OR TO FILE a completed application to proceed in forma

1

1  pauperis no later than thirty days after the date of service of
2  this order; and
3      2. The Clerk of Court IS DIRECTED to send to Plaintiff with
4  this order a copy of a blank application to proceed in forma
5  pauperis for a person in custody; and
6      3. Plaintiff is informed that a failure to comply in a
7  timely fashion with the Court's directions will be considered to
8  be a failure to comply with an order of the Court within the
9  meaning of Local Rule 11-110 and may result in dismissal of the
10 action.

12 IT IS SO ORDERED.
13 **Dated:   March 14, 2006**                  **/s/ Sandra M. Snyder**
   icido3                                  UNITED STATES MAGISTRATE JUDGE