UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL WAYNE ARY, | ) | 1:06-CV-00259-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER WITHDRAWING FINDINGS AND |
| | ) | RECOMMENDATION TO DISMISS ACTION |
| | ) | (DOC. 7) |
| v. | ) | |
| | ) | |
| SUPERIOR COURT FOR THE COUNTY | ) | |
| OF KERN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff is proceeding pro se and without counsel with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On May 1, 2006, the undersigned Magistrate Judge filed findings and a recommendation to dismiss the action because Plaintiff had failed to file an application to proceed in forma pauperis. However, on the same day Plaintiff filed an application to proceed in forma pauperis.

    Accordingly, the findings and recommendation filed by this

1

1  Court on May 1, 2006, ARE WITHDRAWN as moot.

3  IT IS SO ORDERED.

4  **Dated:    May 8, 2006**                             **/s/ Sandra M. Snyder**
   icido3                                                        UNITED STATES MAGISTRATE JUDGE